# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

### INDICTMENT FOR CONSPIRACY TO DISTRIBUTE HEROIN AND COCAINE; CONSPIRACY TO COMMIT MONEY LAUNDERING; DISTRIBUTION OF HEROIN; MONEY LAUNDERING; POSSESSION WITH THE INTENT TO DISTRIBUTE METHAMPHETAMINE AND COCAINE; POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME; POSSESSION OF A FIREARM BY A CONVICTED FELON; AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23- 23-SDD-RLB |
| | : | |
| *versus* | : | 21 U.S.C. § 846 |
| | : | 18 U.S.C. § 1956(h) |
| BAROLD RAVEN, | : | 21 U.S.C. § 841(a)(1) |
| a/k/a "Bear," | : | 21 U.S.C. § 841(b)(1)(A)(viii) |
| DEDRICK AMBEAU, | : | 18 U.S.C. § 1956(a)(1)(B)(i) |
| a/k/a "Rico," | : | 18 U.S.C. § 924(c)(1)(A)(i) |
| PHIL JACKSON, | : | 18 U.S.C. § 924(g)(1) |
| JAKE HENRY GORDON III, | : | 18 U.S.C. § 2 |
| a/k/a "Levi," | : | 21 U.S.C. § 853 |
| MARKITA AMBEAU, | : | 18 U.S.C. § 982(a)(1) |
| a/k/a "Kita," | : | 18 U.S.C. § 924(d)(1) |
| CHARLES J. ALEXANDER, JR., | : | 28 U.S.C. § 2461(c) |
| a/k/a "Dog," | : | |
| EARL JAMES WARREN III, | : | |
| COLBY SANDERS, | : | |
| STEVEN HEBERT, and | : | |
| LEO STERNFELS | : | |

## THE GRAND JURY CHARGES:

### COUNT ONE
### (Conspiracy to Distribute and to Possess with the Intent to Distribute Heroin and Cocaine)

1.     Beginning on an exact date unknown to the Grand Jury, but at least on or before February 27, 2019, and continuing until at least on or about October 29, 2019, in the Middle District of Louisiana and elsewhere,

USA Sealed Group
USPO
USM with Warrants

BAROLD RAVEN,
a/k/a "Bear,"
DEDRICK AMBEAU,
a/k/a "Rico,"
PHIL JACKSON,
JAKE HENRY GORDON III,
a/k/a "Levi,"
MARKITA AMBEAU,
a/k/a "Kita,"
CHARLES J. ALEXANDER, JR.,
a/k/a "Dog,"
EARL JAMES WARREN III,
COLBY SANDERS,
STEVEN HEBERT, and
LEO STERNFELS,

defendants herein, did conspire and agree with each other, and with others known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did aid and abet the commission of said conspiracy.

### A.    OBJECT OF THE CONSPIRACY

2.    The object of the conspiracy was to buy, sell, possess, transport, distribute, and profit from the sale of heroin and cocaine in the Middle District of Louisiana and elsewhere.

### B.    MANNER AND MEANS OF THE CONSPIRACY

3.    In order to accomplish the object of the conspiracy, the defendants used, and caused others to use, the following manner and means, among others:

4.    **BAROLD RAVEN, a/k/a "Bear" ("RAVEN"), DEDRICK AMBEAU, a/k/a "Rico," (D. AMBEAU), PHIL JACKSON ("JACKSON"), JAKE HENRY GORDON III, a/k/a "Levi" ("GORDON"), MARKITA AMBEAU, a/k/a "Kita" ("M.**

2

AMBEAU"), **CHARLES J. ALEXANDER, JR.**, a/k/a "Dog" (**"ALEXANDER"**), and **EARL JAMES WARREN III** (**"WARREN"**), would obtain amounts of illegal narcotics from each other, and from other sources of supply, and then distribute the narcotics to others for profit within the Middle District of Louisiana.

5.　　**RAVEN** would distribute amounts of heroin to **D. AMBEAU, COLBY SANDERS ("SANDERS")**, and others for further distribution within the Middle District of Louisiana.

6.　　**D. AMBEAU** and **JACKSON** would distribute amounts of heroin to **ALEXANDER, GORDON, STEVEN HEBERT ("HEBERT")**, and others for further distribution within the Middle District of Louisiana.

7.　　**D. AMBEAU, JACKSON, GORDON, M. AMBEAU**, and **ALEXANDER** would distribute amounts of cocaine to each other and others for further distribution within the Middle District of Louisiana.

8.　　**JACKSON** would "cut" and package heroin and cocaine, and "cook" and package cocaine, on behalf of **D. AMBEAU** for distribution to other dealers and users. "Cutting" is the act of combining pure narcotics with additives that may increase or decrease its potency and usually increases the amount of narcotics available for sale. "Cooking" is the process of boiling powder cocaine with water and baking soda to extract the base cocaine, which is then dried and broken into solid chunks or rocks and sold.

9.　　**RAVEN** would "front" or supply, on a credit basis, heroin to some conspirators, including **D. AMBEAU**, with the expectation that they would sell the heroin to others and repay **RAVEN** from the proceeds of those narcotics sales.

10.     **D. AMBEAU** would "front" or supply, on a credit basis, heroin to some conspirators, including **GORDON** and **ALEXANDER**, with the expectation that they would sell the heroin to others and repay **D. AMBEAU** from the proceeds of those narcotics sales.

11.     **LEO STERNFELS ("STERNFELS")** would lend money to **D. AMBEAU** to finance his narcotics business and would rent a house and vehicle to **D. AMBEAU** for use in his narcotics business.

12.     **RAVEN, D. AMBEAU,** and **JACKSON** used residences and vehicles within the Middle District of Louisiana to store, weigh, process, package, cut, and distribute heroin and cocaine.

13.     **RAVEN, D. AMBEAU, JACKSON, GORDON, M. AMBEAU, ALEXANDER, WARREN, SANDERS,** and **HEBERT** would use telephones to discuss, negotiate, and arrange the sale and purchase of narcotics, and to facilitate the exchange of money related to the buying and selling of narcotics.

14.     **RAVEN, D. AMBEAU, JACKSON, GORDON, ALEXANDER, WARREN, SANDERS,** and **HEBERT** would use public and private places to arrange narcotics transactions, and then carry out the exchange of narcotics and proceeds from narcotics sales.

15.     **RAVEN, D. AMBEAU, JACKSON, GORDON, M. AMBEAU, ALEXANDER, WARREN, SANDERS, HEBERT,** and **STERNFELS** would take actions to evade law enforcement and protect the narcotics trafficking conspiracy, to include talking in code, meeting in secret, and hiding the narcotics and the proceeds from narcotics sales.

16.     During telephone conversations and text messages, all coconspirators would speak in code words or intentionally vague terms to refer to other conspirators, narcotics,

4

narcotics transactions, narcotics prices and profits, narcotics amounts, and the process of cutting narcotics for later distribution.

C.     **ACTS IN FURTHERANCE OF THE CONSPIRACY**

17.     In furtherance of the conspiracy and to effect and accomplish its object, the conspirators committed the following overt acts, in the Middle District of Louisiana and elsewhere, among others:

18.     On or about February 27, 2019, **D. AMBEAU** and **JACKSON** distributed approximately 2.35 grams of heroin to a confidential source working with law enforcement, and **JACKSON** contacted **M. AMBEAU** about securing cocaine for the confidential source.

19.     On or about March 26, 2019, **D. AMBEAU** and **JACKSON** distributed approximately 28.48 grams of heroin to a confidential source working with law enforcement.

20.     On or about May 14, 2019, **D. AMBEAU** and **JACKSON** distributed approximately 28.78 grams of heroin to a confidential source working with law enforcement.

21.     On or about June 18, 2019, **ALEXANDER** distributed an amount of cocaine to **D. AMBEAU**.

22.     On or about June 19, 2019, **D. AMBEAU** distributed an amount of heroin to **GORDON**, which **GORDON** then redistributed to others.

23.     On or about June 27, 2019, **D. AMBEAU** distributed an amount of heroin to **GORDON**, which **GORDON** then redistributed to others.

24.     On or about June 28, 2019, during a telephone communication, **D. AMBEAU** and **JACKSON** discussed the need to line up customers for narcotics sales and **JACKSON** promised to make some calls.

25.    On or about June 28, 2019, after a series of telephone communications, **D. AMBEAU** picked up approximately $10,000 from **STERNFELS** to finance **D. AMBEAU**'s narcotics business.

26.    On or about June 28, 2019, after the **STERNFELS** transaction, **D. AMBEAU** traveled to Lafayette, Louisiana, with approximately $8,000 to buy an amount of cocaine for further distribution.

27.    On or about June 28, 2019, while headed home from Lafayette, **D. AMBEAU** instructed **JACKSON** to purchase baking soda and plastic baggies to cook and bag cocaine for distribution.

28.    On or about June 30, 2019, **D. AMBEAU** and **JACKSON** agreed to distribute an amount of cocaine.

29.    On or about July 2, 2019, **D. AMBEAU** traveled to Lafayette, Louisiana, with approximately $4,900 to buy an amount of cocaine for further distribution.

30.    On or about July 7, 2019, **D. AMBEAU** distributed an amount of heroin to **GORDON**, which **GORDON** then redistributed to others.

31.    On or about July 8, 2019, while headed home from Texas, **D. AMBEAU** stopped in Lafayette, Louisiana, with approximately $3,000 to buy an amount of cocaine for further distribution.

32.    On or about July 10, 2019, **RAVEN** and **D. AMBEAU** met at a gas station to conduct a narcotics-related transaction.

33.    On or about July 10, 2019, during a telephonic communication, **M. AMBEAU** asked **D. AMBEAU** if he had an amount of heroin and cocaine, **D. AMBEAU** affirmed, and they agreed to meet later for a narcotics transaction.

34.    On or about July 12, 2019, **D. AMBEAU** distributed an amount of heroin to **GORDON**, which **GORDON** then redistributed to others.

35.    On or about July 15, 2019, **D. AMBEAU** distributed an amount of heroin to W.A.

36.    On or about July 19, 2019, in a telephonic communication, **D. AMBEAU** and **JACKSON** discussed that **M. AMBEAU** possessed cocaine.

37.    On or about July 21, 2019, **D. AMBEAU** distributed an amount of heroin to **GORDON**, which **GORDON** then redistributed to others.

38.    On or about July 22, 2019, while **D. AMBEAU** was in Georgia, **GORDON** caused a wire transfer to be sent for **D. AMBEAU** with proceeds of **GORDON**'s heroin sales.

39.    On or about July 23, 2019, while **D. AMBEAU** was in Georgia, **GORDON** caused another wire transfer to be sent for **D. AMBEAU** with proceeds of **GORDON**'s heroin sales.

40.    On or about July 26, 2019, **D. AMBEAU** and **ALEXANDER** discussed whether **ALEXANDER** possessed cocaine, and later, **ALEXANDER** distributed an amount of cocaine to **D. AMBEAU**.

41.    On or about July 26, 2019, **D. AMBEAU** solicited an amount of heroin from **GORDON**, who later distributed an amount of heroin and money to **D. AMBEAU**.

42.    On or about July 27, 2019, **D. AMBEAU** distributed an amount of heroin and cocaine to W.A.

43.    On or about July 31, 2019, **D. AMBEAU** distributed an amount of heroin to W.A.

7

44. On or about August 3, 2019, in telephonic communications, **D. AMBEAU** told **JACKSON** to contact **M. AMBEAU** and **ALEXANDER** because W.A. wanted to buy cocaine.

45. On or about August 7, 2019, **M. AMBEAU** distributed an amount of heroin to **D. AMBEAU**, which **D. AMBEAU** then redistributed to W.A.

46. On or about August 8, 2019, in telephonic communications, **D. AMBEAU** and **M. AMBEAU** discussed that **M. AMBEAU** possessed cocaine in case **D. AMBEAU** had a customer for it, and later, **D. AMBEAU** told **M. AMBEAU** to call **RAVEN** because he (**RAVEN**) possessed heroin.

47. On or about August 8, 2019, **D. AMBEAU** distributed an amount of heroin to **HEBERT**.

48. On or about August 9, 2019, **D. AMBEAU** referred a customer to **M. AMBEAU** because the customer wanted to purchase cocaine.

49. On or about August 9, 2019, **D. AMBEAU** distributed an amount of heroin to **HEBERT**.

50. On or about August 10, 2019, in a telephonic communication, **D. AMBEAU**, **JACKSON**, and **M. AMBEAU** discussed where to find cocaine, and **M. AMBEAU** told **D. AMBEAU** to call **WARREN** because he had something.

51. On or about August 10, 2019, **WARREN** distributed an amount of heroin to **D. AMBEAU**, which **D. AMBEAU** then attempted to redistribute to **HEBERT**.

52. On or August 10, 2019, in a telephonic communication, **D. AMBEAU** told **JACKSON** to press an amount of cut so **D. AMBEAU** and **JACKSON** could distribute an amount of heroin.

53. On or about August 12, 2019, **D. AMBEAU** picked up from **GORDON** an amount of money as proceeds from heroin sales.

54. On or about August 12, 2019, **D. AMBEAU** distributed an amount of heroin to W.A.

55. On or about August 12, 2019, W.A. possessed an amount of heroin during a traffic stop within the Middle District of Louisiana.

56. On or about August 13, 2019, **D. AMBEAU** distributed an amount of heroin to **GORDON**, which **GORDON** then redistributed to others.

57. On or about August 13, 2019, **D. AMBEAU** and **GORDON** discussed whether the heroin had been cut with fentanyl.

58. On or about September 4, 2019, **RAVEN** distributed an amount of heroin to **SANDERS**.

59. On or about September 6, 2019, in a telephonic communication, **M. AMBEAU** and **RAVEN** discussed that **M. AMBEAU** needed to obtain an amount of narcotics.

60. On or about September 7, 2019, in a telephonic communication, **M. AMBEAU** and **RAVEN** discussed that **M. AMBEAU** still needed to obtain an amount of narcotics.

61. On or about September 30, 2019, **RAVEN** distributed an amount of heroin to **SANDERS**.

62. On or about September 30, 2019, **SANDERS** possessed an amount of heroin during a traffic stop within the Middle District of Louisiana.

63. On various dates throughout the conspiracy, **GORDON** owed money to, and collected money for, **D. AMBEAU** for past heroin sales, and **GORDON** and **D. AMBEAU** would meet so **GORDON** could make payment.

64. On various dates throughout the conspiracy, **D. AMBEAU** owed money to, and collected money for, **RAVEN** for past heroin sales, and **RAVEN** would contact **D. AMBEAU** to make payment.

65. On or about October 29, 2019, **RAVEN** possessed the following items related to the distribution of narcotics in the Middle District of Louisiana:

a. Approximately 122.09 grams of methamphetamine;

b. Approximately 1.45 grams of cocaine;

c. A Taurus PTIII G2, 9mm semi-automatic handgun, bearing serial number TKW94048;

d. Narcotics paraphernalia; and

e. $21,376 in United States currency.

All the above is a violation of Title 21, United States Code, Sections 841(a)(1) & 846, and Title 18, United States Code, Section 2.

## COUNT TWO
### (Conspiracy to Commit Money Laundering)

66. The factual allegations contained in Paragraphs 6, 10, 13, 15-16, and 38-39 of this Indictment are hereby re-alleged and incorporated by reference.

67. Beginning on or about July 19, 2019, and continuing until on or about July 23, 2019, in the Middle District of Louisiana and elsewhere, **DEDRICK AMBEAU, a/k/a "Rico,"** and **JAKE HENRY GORDON III, a/k/a "Levi,"** defendants herein, did

10

knowingly conspire and agree with each other to commit certain offenses under Title 18, United States Code, Section 1956, in that they conducted and attempted to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, a conspiracy to distribute and possess with the intent to distribute heroin and cocaine, in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), and did aid and abet the commission of said conspiracy.

The above is a violation of Title 18, United States Code, Sections 1956(h) and 2.

## COUNT THREE
### (Distribution of Heroin)

68.    The factual allegations contained in Paragraphs 4, 6, 12-16, and 18 of this Indictment are hereby re-alleged and incorporated by reference.

69.    On or about February 27, 2019, in the Middle District of Louisiana, **DEDRICK AMBEAU, a/k/a "Rico,"** and **PHIL JACKSON**, defendants herein, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and did aid and abet the commission of said offense.

The above is a violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

11

## COUNT FOUR
### (Distribution of Heroin)

70.    The factual allegations contained in Paragraphs 4, 6, 12-16, and 19 of this Indictment are hereby re-alleged and incorporated by reference.

71.    On or about March 26, 2019, in the Middle District of Louisiana, **DEDRICK AMBEAU, a/k/a "Rico,"** and **PHIL JACKSON**, defendants herein, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and did aid and abet the commission of said offense.

The above is a violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT FIVE
### (Distribution of Heroin)

72.    The factual allegations contained in Paragraphs 4, 6, 12-16, and 20 of this Indictment are hereby re-alleged and incorporated by reference.

73.    On or about May 14, 2019, in the Middle District of Louisiana, **DEDRICK AMBEAU, a/k/a "Rico,"** and **PHIL JACKSON**, defendants herein, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and did aid and abet the commission of said offense.

The above is a violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT SIX
### (Money Laundering)

74.    The factual allegations contained in Paragraphs 6, 10, 13, 15-16, and 38 of this Indictment are hereby re-alleged and incorporated by reference.

12

75.    On or about July 22, 2019, in the Middle District of Louisiana and elsewhere, **DEDRICK AMBEAU, a/k/a "Rico," and JAKE HENRY GORDON III, a/k/a "Levi,"** defendants herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, which transaction involved the proceeds of specified unlawful activity, that is, a conspiracy to distribute and possess with the intent to distribute heroin and cocaine, in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and did aid and abet the commission of said offense.

The above is a violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNT SEVEN
### (Money Laundering)

76.    The factual allegations contained in Paragraphs 6, 10, 13, 15-16, and 39 of this Indictment are hereby re-alleged and incorporated by reference.

77.    On or about July 23, 2019, in the Middle District of Louisiana and elsewhere, **DEDRICK AMBEAU, a/k/a "Rico," and JAKE HENRY GORDON III, a/k/a "Levi,"** defendants herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, which transaction involved the proceeds of specified unlawful activity, that is, a conspiracy to distribute and possess with the intent to distribute heroin and cocaine, in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2, knowing that the transaction was designed in whole and in part to conceal

and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and did aid and abet the commission of said offense.

The above is a violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNT EIGHT
### (Distribution of Heroin)

78.     The factual allegations contained in Paragraphs 4, 6, 12-16, and 54-55 of this Indictment are hereby re-alleged and incorporated by reference.

79.     On or about August 12, 2019, in the Middle District of Louisiana, **DEDRICK AMBEAU, a/k/a "Rico,"** defendant herein, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE
### (Distribution of Heroin)

80.     The factual allegations contained in Paragraphs 4, 5, 12-16, and 61-62 of this Indictment are hereby re-alleged and incorporated by reference.

81.     On or about September 30, 2019, in the Middle District of Louisiana, **BAROLD RAVEN, a/k/a "Bear,"** defendant herein, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

14

## COUNT TEN
### (Possession with the Intent to
### Distribute Methamphetamine and Cocaine)

82.    The factual allegations contained in Paragraphs 4, 12, 15, and 65 of this Indictment are hereby re-alleged and incorporated by reference.

83.    On or about October 29, 2019, in the Middle District of Louisiana, **BAROLD RAVEN, a/k/a "Bear,"** defendant herein, did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine and a mixture and substance containing a detectable amount of cocaine, Schedule II controlled substances.

All the above is a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT ELEVEN
### (Possession of a Firearm in
### Furtherance of a Drug Trafficking Crime)

84.    The factual allegations contained in Paragraphs 4, 12, 15, and 65 of this Indictment are hereby re-alleged and incorporated by reference.

85.    On or about October 29, 2019, in the Middle District of Louisiana, **BAROLD RAVEN, a/k/a "Bear,"** defendant herein, did knowingly possess a firearm, that is, a Taurus PTIII G2, 9mm semi-automatic handgun, bearing serial number TKW94048, in furtherance of the drug trafficking crimes charged in Count Ten of this Indictment, which are violations of Title 21, United States Code, Section 841(a)(1).

The above is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

15

## COUNT TWELVE
### (Possession of a Firearm by a Convicted Felon)

86.    The factual allegations contained in Paragraph 65 of this Indictment are hereby re-alleged and incorporated by reference.

87.    On or about October 29, 2019, in the Middle District of Louisiana, **BAROLD RAVEN, a/k/a "Bear,"** defendant herein, knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, did knowingly possess a firearm, that is, a Taurus PTIII G2, 9mm semi-automatic handgun, bearing serial number TKW94048, which firearm had previously been shipped and transported in interstate and foreign commerce.

The above is a violation of Title 18, United States Code, Section 922(g)(1).

### NOTICE OF FORFEITURE

88.    The allegations contained in Counts One through Twelve of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture.

89.    Upon conviction of an offense charged in Count One, Counts Three through Five, and Counts Eight through Ten of this Indictment,

BAROLD RAVEN,
a/k/a "Bear,"
DEDRICK AMBEAU,
a/k/a "Rico,"
PHIL JACKSON,
JAKE HENRY GORDON III,
a/k/a "Levi,"
MARKITA AMBEAU,
a/k/a "Kita,"
CHARLES J. ALEXANDER, JR.,
a/k/a "Dog,"
EARL JAMES WARREN III,
COLBY SANDERS,
STEVEN HEBERT, and

16

**LEO STERNFELS,**

defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

90.   If any of the property or proceeds obtained directly or indirectly as a result of the offenses charged, due to any act of omission of the defendants:

     a.   cannot be located upon the exercise of due diligence;

     b.   has been transferred or sold to, or deposited with a third party;

     c.   has been placed beyond the jurisdiction of the court;

     d.   has been substantially diminished in value; or

     e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to a forfeiture money judgment and shall be allowed to forfeit substitute property pursuant to Title 21, United States Code, Section 853(p), in satisfaction of the forfeiture money judgment.

91.   Upon conviction of an offense charged in Counts Two, Six, and Seven of this Indictment, **DEDRICK AMBEAU, a/k/a "Rico,"** and **JAKE HENRY GORDON III, a/k/a "Levi,"** defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property.

92.   Upon conviction of an offense charged in Counts Eleven and Twelve of this Indictment, **BAROLD RAVEN, a/k/a "Bear,"** defendant herein, shall forfeit to the United

17

States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in said violation, including, but not limited to, a Taurus PTIII G2, 9mm semi-automatic handgun, bearing serial number TKW94048.

UNITED STATES OF AMERICA, BY

A TRUE BILL

**REDACTED**
**PER PRIVACY ACT**

_____
RONALD C. GATHE, JR.
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

GRAND JURY FOREPERSON

_____
WILLIAM K. MORRIS
ASSISTANT UNITED STATES ATTORNEY

3/30/23
_____
DATE

18

**Criminal Cover Sheet**          **U.S. District Court**

**Place of Offense:**                    **Matter to be sealed:**    ✓ Yes    ☐ No

City: St. Gabriel, LA                    Related Case Information:

County/Parish: Iberville                 Superseding BOI _____ Docket Number _____
                                         Same Defendant _____ New Defendant  x  _____
*Investigating Agency: DEA               Magistrate Case Number: _____
                                         Search Warrant Case No.: _____
*Agent: Jeff Zettlemoyer                 R 20/ R 40 from District of: _____
                                         Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Barold Raven

Alias: _____

Address: _____

Birthdate: _____ SS #: _____ Sex: ___ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: William K. Morris                  Bar #: LABN: 28694

**Interpreter:** ☐ Yes ✓ No              **List language and/or dialect:** _____

**Location Status:**

Arrest Date  _____
_____  Already in Federal Custody as of
_____  Already in State Custody
_____  On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 5

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 21:841(a)(1) & 846 | Conspiracy to distribute and to possess with the intent to distribute heroin and cocaine | 1 | F |
| 21:841(a)(1) | Distribution of Heroin | 9 | F |
| 21:841(a)(1) and 841(b)(1)(A)(viii) | Possession with the Intent to Distribute Methamphetamine and Cocaine | 10 | F |
| 18:924(c)(1)(A)(i) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime | 11 | F |
| 18:922(g)(1) | Possession of a Firearm by a Convicted Felon | 12 | F |

Date:  3/3./23          Signature of AUSA: _____

**Criminal Cover Sheet**                          **U.S. District Court**

**Place of Offense:**                    **Matter to be sealed:**    ☑Yes    ☐No

City: St. Gabriel, LA _____        Related Case Information:

County/Parish: Iberville _____      Superseding BOI _____ Docket Number _____
                                         Same Defendant _____ New Defendant  X _____
*Investigating Agency: DEA _____         Magistrate Case Number: _____
                                         Search Warrant Case No.: _____
*Agent: Jeff Zettlemoyer _____         R 20/ R 40 from District of: _____
                                         Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Dedrick Ambeau _____

Alias: _____

Address: _____

Birthdate: _____ SS #: _____ Sex: ____ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: William K. Morris _____          Bar #: LABN: 28694 _____

Interpreter: ☐Yes  ☑No          **List language and/or dialect:** _____

**Location Status:**

Arrest Date
_____    _____
_____    Already in Federal Custody as of
_____    Already in State Custody
_____    On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 8 _____

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|------|-------------------------------|----------|----------------------------|
| 21:841(a)(1) & 846 | Conspiracy to distribute and to possess with the intent to distribute heroin and cocaine | 1 | F |
| 18:1956(h) | Conspiracy to Commit Money Laundering | 2 | F |
| 21:841(a)(1) | Distribution of Heroin | 3,4,5,8 | F |
| 18:1956(a)(1)(B)(i) | Money Laundering | 6,7 | F |
| | | | F |

Date: 3/30/23 _____   Signature of AUSA: _____

| | Criminal Cover Sheet | | U.S. District Court |
|---|---|---|---|

**Place of Offense:**

City: St. Gabriel, LA

County/Parish: Iberville

*Investigating Agency: DEA

*Agent: Jeff Zettlemoyer

**Matter to be sealed:**  ☑ Yes  ☐ No

Related Case Information:

Superseding BOI _____   Docket Number _____
Same Defendant _____   New Defendant  X _____
Magistrate Case Number: _____
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Phil Jackson

Alias: _____

Address: _____

Birthdate: _____   SS #: _____   Sex: ____   Race: _____   Nationality: _____

**U.S. Attorney Information:**

AUSA: William K. Morris          Bar #: LABN: 28694

Interpreter: ☐ Yes  ☑ No     **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____

_____ Already in Federal Custody as of
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 4

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 21:841(a)(1) & 846 | Conspiracy to distribute and to possess with the intent to distribute heroin and cocaine | 1 | F |
| 21:841(a)(1) | Distribution of Heroin | 3,4,5 | F |
| | | | |
| | | | |

Date: 3/30/23     Signature of AUSA: _William K. M._

**Criminal Cover Sheet**        **U.S. District Court**

**Place of Offense:**           **Matter to be sealed:**    ✓ Yes    ☐ No

City: St. Gabriel, LA           Related Case Information:

County/Parish: Iberville        Superseding BOI _____ Docket Number _____
                                Same Defendant _____ New Defendant _x_ _____
  *Investigating Agency: DEA    Magistrate Case Number: _____
                                Search Warrant Case No.: _____
  *Agent: Jeff Zettlemoyer      R 20/ R 40 from District of: _____
                                Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Jake Henry Gordon III _____

Alias: _____

Address: _____

Birthdate: _____ SS #: _____ Sex: ____ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: William K. Morris _____        Bar #: LABN: 28694 _____

Interpreter: ☐ Yes   ✓ No        **List language and/or dialect:** _____

**Location Status:**

Arrest Date    _____
_____    Already in Federal Custody as of
_____    Already in State Custody
_____    On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: _4_____

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 21:841(a)(1) & 846 | Conspiracy to distribute and to possess with the intent | 1 | F |
| | to distribute heroin and cocaine | | |
| 18:1956(h) | Conspiracy to Commit Money Laundering | 2 | F |
| 18:1956(a)(1)(B)(i) | Money Laundering | 6,7 | F |

Date: _3/30/23_____    Signature of AUSA: _____

**Criminal Cover Sheet**        **U.S. District Court**

**Place of Offense:**                    Matter to be sealed:    ✓ Yes      ☐ No

City: St. Gabriel, LA                    Related Case Information:

County/Parish: Iberville                 Superseding BOI _____ Docket Number _____
                                         Same Defendant _____ New Defendant  X  _____
   *Investigating Agency: DEA            Magistrate Case Number: _____
                                         Search Warrant Case No.: _____
   *Agent: Jeff Zettlemoyer              R 20/ R 40 from District of: _____
                                         Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Markita Ambeau _____

Alias: _____

Address: _____

Birthdate: _____ SS #: _____ Sex: ____ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: William K. Morris _____   Bar #: LABN: 28694 _____

Interpreter: ☐ Yes  ✓ No        **List language and/or dialect:** _____

**Location Status:**

Arrest Date
_____       Already in Federal Custody as of
_____       Already in State Custody
_____       On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1 _____

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|------|-------------------------------|----------|----------------------------|
| 21:841(a)(1) & 846 | Conspiracy to distribute and to possess with the intent | 1 | F |
| | to distribute heroin and cocaine | | |
| | | | |
| | | | |
| | | | |

Date: 3/30/23    Signature of AUSA: _____

# Criminal Cover Sheet                    U.S. District Court

**Place of Offense:**                    **Matter to be sealed:**    ✓ Yes    ☐ No

City: St. Gabriel, LA                    Related Case Information:

County/Parish: Iberville                 Superseding BOI _____ Docket Number _____
                                         Same Defendant _____ New Defendant  X
   *Investigating Agency: DEA            Magistrate Case Number: _____
                                         Search Warrant Case No.: _____
   *Agent: Jeff Zettlemoyer              R 20/ R 40 from District of: _____
                                         Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Charles J. Alexander, Jr.

Alias: _____

Address: _____

Birthdate: _____  SS #: _____  Sex: _____ Race: _____  Nationality: _____

**U.S. Attorney Information:**

AUSA: William K. Morris                  Bar #: LABN: 28694

Interpreter: ☐ Yes  ✓ No                 **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____

_____ Already in Federal Custody as of
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|------|-------------------------------|----------|----------------------------|
| 21:841(a)(1) & 846 | Conspiracy to distribute and to possess with the intent | 1 | F |
|  | to distribute heroin and cocaine |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Date: 3/30/23    Signature of AUSA: _____

| **Criminal Cover Sheet** | **U.S. District Court** |

**Place of Offense:**

**Matter to be sealed:**    ☑Yes    ☐No

City: St. Gabriel, LA

Related Case Information:

County/Parish: Iberville

Superseding BOI _____ Docket Number _____
Same Defendant _____ New Defendant _X_____

*Investigating Agency: DEA

Magistrate Case Number: _____
Search Warrant Case No.: _____

*Agent: Jeff Zettlemoyer

R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Earl James Warren III

Alias: _____

Address: _____

Birthdate: _____ SS #: _____ Sex: ____ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: William K. Morris

Bar #: LABN: 28694

Interpreter:  ☐Yes  ☑No    **List language and/or dialect:** _____

**Location Status:**

Arrest Date  _____

_____ Already in Federal Custody as of
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|------|-------------------------------|----------|-----------------------------|
| 21:841(a)(1) & 846 | Conspiracy to distribute and to possess with the intent | 1 | F |
|  | to distribute heroin and cocaine |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Date: 3/30/23    Signature of AUSA: _____

| Criminal Cover Sheet | U.S. District Court |

**Place of Offense:**

**Matter to be sealed:**    ✓ Yes    ☐ No

City: St. Gabriel, LA

Related Case Information:

County/Parish: Iberville

Superseding BOI _____ Docket Number _____
Same Defendant _____ New Defendant  X _____

*Investigating Agency: DEA

Magistrate Case Number: _____
Search Warrant Case No.: _____

*Agent: Jeff Zettlemoyer

R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Colby Sanders

Alias: _____

Address: _____

Birthdate: _____ SS #: _____ Sex: ____ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: William K. Morris

Bar #: LABN: 28694

Interpreter: ☐ Yes  ✓ No

**List language and/or dialect:** _____

**Location Status:**

Arrest Date _____

_____ Already in Federal Custody as of
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 21:841(a)(1) & 846 | Conspiracy to distribute and to possess with the intent | 1 | F |
| | to distribute heroin and cocaine | | |
| | | | |
| | | | |
| | | | |

Date: 3/30/23    Signature of AUSA: _____

## Criminal Cover Sheet                    U.S. District Court

**Place of Offense:**                    **Matter to be sealed:**    ☑Yes    ☐No

City: St. Gabriel, LA                    Related Case Information:

County/Parish: Iberville                 Superseding BOI _____ Docket Number _____
                                         Same Defendant _____  New Defendant  X  _____
*Investigating Agency: DEA               Magistrate Case Number: _____
                                         Search Warrant Case No.: _____
*Agent: Jeff Zettlemoyer                 R 20/ R 40 from District of: _____
                                         Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Steven Hebert _____

Alias: _____

Address: _____

Birthdate: _____ SS #: _____ Sex: ____ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: William K. Morris _____    Bar #: LABN: 28694 _____

Interpreter: ☐Yes  ☑No    **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____  Already in Federal Custody as of
_____  Already in State Custody
_____  On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: __1_____

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|------|-------------------------------|----------|----------------------------|
| 21:841(a)(1) & 846 | Conspiracy to distribute and to possess with the intent | 1 | F |
|  | to distribute heroin and cocaine |  |  |
|  |  |  |  |
|  |  |  |  |

Date: 3/30/13    Signature of AUSA: _____

| Criminal Cover Sheet | U.S. District Court |

**Place of Offense:**                         **Matter to be sealed:**    ☑Yes    ☐No

City: St. Gabriel, LA                         Related Case Information:

County/Parish: Iberville                      Superseding BOI _____ Docket Number _____
                                              Same Defendant _____ New Defendant  X  _____
   *Investigating Agency: DEA                  Magistrate Case Number: _____
                                              Search Warrant Case No.: _____
   *Agent: Jeff Zettlemoyer                    R 20/ R 40 from District of: _____
                                              Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Leo Sternfels _____

Alias: _____

Address: _____

Birthdate: _____ SS #: _____ Sex: ____ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: William K. Morris _____       Bar #: LABN: 28694 _____

Interpreter: ☐Yes  ☑No           List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____  Already in Federal Custody as of
_____  Already in State Custody
_____  On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1 _____

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|------|-------------------------------|----------|----------------------------|
| 21:841(a)(1) & 846 | Conspiracy to distribute and to possess with the intent | 1 | F |
| | to distribute heroin and cocaine | | |
| | | | |
| | | | |

Date: 3/3/23 _____    Signature of AUSA: _____